JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WINTERS, individually and on behalf of all others similarly situated, | Case No. **2:17-cv-00191-BRO-KS** |
| Plaintiff, | **ORDER** |
| vs. | |
| LENDINGTREE, LLC and GUARANTEED RATE, INC., and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss the individual claims against Defendant LENDINGTREE LLC with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Date: January 25, 2018

*Virginia A. Phillips*

Hon. Virginia A. Phillips
Chief United States District Judge